IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN HUFF,

    **Plaintiff,**

v.                                                              Case No. 4:24-cv-141-AW-MAF

RICKY DIXON,

    **Defendant.**

_____/

## ORDER OF DISMISSAL

The magistrate judge issued a report and recommendation concluding the court should dismiss based on Plaintiff's failure to comply with court orders. ECF No. 14. I have considered de novo the issues raised in Plaintiff's objections (ECF Nos. 15, 16. I agree that dismissal is appropriate. Plaintiff did not accurately disclose his litigation history, which he acknowledges. (He contends in his objections that this was an oversight, but he has not shown that to be so.) I conclude his failure warrants dismissal without prejudice.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to accurately disclose litigation history." The clerk will then close the file.

SO ORDERED on July 8, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge